# Civil Cover Sheet
00cv01797

| | |
|---|---|
| **I.(a) PLAINTIFFS**<br>Albert Archuleta | **DEFENDANTS**<br>Gary E. Johnson |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>Bernalillo NM | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>Santa Fe VA |
| (c) ATTORNEYS<br>Paul Livingston<br>Paul Livingston<br>P.O. Box 90908<br>Albuquerque NM 87199<br>505-823-4410 | ATTORNEYS |

**II. BASIS OF JURISDICTION**
Federal Question

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
PTF:
DEF:

**IV. NATURE OF SUIT**
Other Civil Rights

**V. ORIGIN**
Original Proceeding

**VI. CAUSE OF ACTION**
42 U.S.C. Section 1983 Complaint for Violation of Constitutional Rights

**VII. REQUESTED IN COMPLAINT**

CLASS ACTION: N     DEMAND $: 1000000.00     JURY DEMAND: Y

**VIII. RELATED CASES**

Judge:                    Docket Number: