IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALBERT ARCHULETA,**

       **Plaintiff,**

vs.

**GARY E. JOHNSON, Governor, et al.,**

       **Defendants.**

## JURY TRIAL DEMAND

Comes now Plaintiff Albert Archuleta, by and through his attorney, and requests trial by jury of all matters which may be properly tried to a jury.

       Respectfully submitted,

       _____
       Paul Livingston
       Attorney for Albert Archuleta
       P.O. Box 90908
       Albuquerque, NM 87199
       (505) 823-4410